An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

REYES MAGANA-DIAZ,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 65129

FILED

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a pretrial petition for a writ of habeas corpus in which petitioner argued that there was insufficient evidence of probable cause to support the charges against him and that the prosecutor engaged in misconduct during the grand jury proceeding and failed to present exculpatory evidence. Our review of a pretrial probable cause determination through an original writ petition is disfavored, *see Kussman v. Eighth Judicial Dist. Court,* 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980), and petitioner has not demonstrated that his challenge to the probable cause determination fits the exceptions we have made for purely legal issues, *see Ostman v. Eighth Judicial Dist. Court,* 107 Nev. 563, 565, 816 P.2d 458, 459-60 (1991); *State v. Babayan,* 106 Nev. 155, 174, 787 P.2d 805, 819-20 (1990). Furthermore, mandamus is an extraordinary remedy and it is within the discretion of this court to determine if a petition will

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11548

be considered. *See Poulos v. Eighth Judicial Dist. Court,* 98 Nev. 453, 455, 652 P.2d 1177, 1178 (1982); *see also State ex rel. Dep't of Transp. v. Thompson,* 99 Nev. 358, 360, 662 P.2d 1338, 1339 (1983). Because we are not satisfied that this court's intervention by way of extraordinary writ is warranted, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.



_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:   Hon. Connie J. Steinheimer, District Judge
      Ian E. Silverberg
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A